*Plantiff's Exhibit A*

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

FUGITIVE WARRANT

ANY PEACE OFFICER.

WHEREAS TWYMON, ROBERT JR, SERIAL NUMBER 00147435, WAS CONVICTED
HE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT; THAT THE SAID CONVICT
SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF
YEARS,  0 MONTHS, AND  1 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED
SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE: THAT THE SAID CONVICT
EAFTER AND TO WIT:  ON THE 27TH DAY OF MAY, 1996, THE SAID CONVICT
PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR:
ON THE  5TH DAY OF JUN, 1998, THE STATE PARDONS AND PAROLE BOARD, HAVING
ONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE,
CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN
RTANT RESPECT, ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF
PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO
DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE
ORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND
CT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER HE MAY BE FOUND, FOR HIS
RN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN
STATE OF ALABAMA.

TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT
ORRECTIONS THIS  9TH DAY OF JUN, 1998.

JOE S. HOPPER, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

EASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

===============================================================================

TE OF           COUNTY OF              THIS WRIT CAME TO HAND         ,
NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS
ILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND
EXTRADITION WAS     /HAS NOT         NECESSARY.

ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                              , AGENT(S) OF THE STATE DEPARTMENT OF
ECTIONS ON           , 19   FOR REMOVAL TO THE STATE OF ALABAMA.

ARRESTING OFFICER                        IDENTIFICATION OFFICER

                                  , AGENT(S) THE CONVICT, AIS # 00147435 ,
EIVED OF
ED IN THIS WRIT. THIS THE      DAY OF           , 19  .