IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROBERT TWYMAN, JR.,           ) | |
|     Plaintiff,           ) | |
|     v.                    ) | CIVIL ACTION NO. |
|                           ) | 2:05cv1085-T |
| TROY KING,                    ) | |
|     Defendant.           ) | |

## ORDER

It is ORDERED that plaintiff's motion to alter or amend judgment (Doc. No. 7) is denied.

DONE, this the 29th day of December, 2005.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**