IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-10622 -C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 3 0 2006
THOMAS K. KAHN
CLERK

IN RE:

ROBERT TWYMAN, JR.,

Petitioner.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 30th day of May, 2006.

THOMAS K. KAHN
Clerk of the United States Court
Of Appeals for the Eleventh Circuit

By: Pam Holloway
Deputy Clerk

FOR THE COURT- BY DIRECTION